

AO 85 (Rev. 8/97) Notice, Consent, and Order of Reference - Exercise of Jurisdiction by a United States Magistrate Judge

# United States District Court
## Southern District of Georgia

BARNES

NOTICE, CONSENT AND ORDER OF REFERENCE
CONSENT TO EXERCISE OF JURISDICTION BY
UNITED STATES MAGISTRATE JUDGE

Plaintiff

v.

CASE NUMBER: CV204-181

ENGLISH

Defendant(s)

### NOTICE OF AVAILABILITY OF A MAGISTRATE JUDGE TO EXERCISE OF JURISDICTION AND APPEAL

In accordance with the provisions of 28 U.S.C. 636(c), and Fed.R.Civ.P. 73, you are hereby notified that a United States magistrate judge of this district court is available to conduct any or all proceedings in this case including a jury or nonjury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge is, however, permitted only if all parties voluntarily consent.

You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States court of appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

### CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. 636(c) and Fed.R.Civ.P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

| Signatures | Party Represented | Date |
|---|---|---|
| Reatvie C Barnes III | Plaintiff | Jan. 20, 2005 |
| [signature] | Defendants | 8-15-05 |

Any appeal shall be taken to the United States court of appeals for this circuit, in accordance with 28 U.S.C. 636(c) and Fed.R.Civ.P. 73(c).

### ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to _Hon. James E Graham_ United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. 636(c), Fed.R.Civ.P. 73 and the foregoing consent of the parties.

8-24-05
Date

United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.

# United States District Court
## Southern District of Georgia

BARNES )

vs ) CASE NUMBER CV204-181

ENGLISH ) DIVISION Brunswick

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 8/26/05, which is part of the official record of this case.

Date of Mailing: 8/26/05

Date of Certificate [X] same date, or _____

Scott L. Poff, Clerk

By: Nita Rose
Deputy Clerk

<u>Name and Address</u>

Reatuce C. Barne III Wayne County Jail Jesup, Ga. 31545
Paul Scott
Richard Strickland

☐ Copy placed in Minutes
☐ Copy given to Judge
☐ Copy given to Magistrate