IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION



| | |
|---|---|
| REATUCE C. BARNES, III, | |
| Plaintiff, | |
| vs. | CIVIL ACTION NO.: CV204-181 |
| Officer DANIEL ENGLISH; Officer Ty BROOKS; Sgt. JAMES BUNCH; Captain CURTIS HAND; Officer JOSH PARKS; Officer BEN SIMMONS; Officer CHERYL HARRIS, and Officer MARCUS ROBERSON, | |
| Defendants. | |

### ORDER

In a letter to the Court dated December 12, 2005, Plaintiff responds to the original discovery and deposition filed by Defendants in support of their Motion for Summary Judgment. There is no evidence that a copy of the letter was served upon counsel for Defendants as required. The Clerk is directed to file Plaintiff's December 12, 2005 letter into the record and serve a copy of the letter upon counsel for Defendants. Plaintiff is reminded that copies of all correspondence and pleadings are to be served upon counsel the Defendants.

SO ORDERED, this 27th day of December, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)